UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JORDAN DUFFY,

    Petitioner,

v.                                           Case No:   6:16-cv-1047-Orl-40TBS

TAYLOR ANN BAILEY,

    Respondent.
_____

## ORDER

This case comes before the Court on Respondent's Motion for Instanter Temporary Admission for Temporary Admission [sic] to Middle District of Florida (Doc. 13). Petitioner does not oppose the motion (Id. at 3).

Petitioner brings this action pursuant to The Convention on the Civil Aspects of International Child Abduction done at The Hague on October 25, 1980, to secure the return of a minor child to Scotland (Doc. 1, ¶¶ 1-3). The Court has set the matter for hearing on June 21, 2016 (Doc. 7).

Respondent has engaged attorney Mark S. Troum to represent her in this proceeding (Doc. 13). Mr. Troum is not a member of the bar of the Middle District of Florida (Id.). He has applied for admission to practice in this district and is currently scheduled for admission on July 14, 2016 (Id., ¶ 6).

Due to the expedited nature of this proceeding, Mr. Troum seeks temporary admission to practice before the Court pursuant to M.D. Fla. Rule 2.02(d) which provides:

> In an extraordinary circumstance (such as the hearing of an emergency matter) a lawyer who is not a member of the Middle District bar may move instanter for temporary admission provided the lawyer appears eligible for

>    membership in the Middle District bar and simultaneously initiates proceedings for general or special admission to the Middle District bar. Temporary admission expires in thirty days or upon determination of the application for general or special admission, whichever is earlier.

The Court finds that this is an extraordinary circumstance, the motion is **GRANTED**, and Mr. Troum is **ADMITTED** to the Middle District bar instanter. His admission expires 30 days from the date of this Order, or upon determination of his application for general admission, whichever occurs first.

The Middle District of Florida utilizes a case management electronic filing system ("CM/ECF"). Within ten (10) days of the date of this Order, Mr. Troum shall register to participate and docket in CM/ECF or show cause in writing within that time frame why he is unable to participate.

Any attorney appearing in this Court pursuant to M.D. FLA. R. 2.02(a) "shall be deemed to be familiar with, and shall be familiar with, and shall be governed by, these [local] rules in general, including Rule 2.04 hereof in particular; and shall also be deemed to be familiar with and governed by the Code of Professional Responsibility and other ethical limitations or requirements then governing the professional behavior of members of The Florida Bar." M.D. FLA. R. 2.02(c).

**DONE** and **ORDERED** in Orlando, Florida on June 20, 2016.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record